

ROY PETTY & ASSOCIATES, PLLC
ATTORNEYS & COUNSELORS AT LAW

ROY PETTY
BOARD CERTIFIED IN
IMMIGRATION & NATIONALITY LAW
--TEXAS BOARD OF LEGAL SPECIALIZATION

PO BOX 561063
DALLAS, TX 75356

VIA CM/ECF

June 1, 2023

Mr. Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S Maestri Place Ste 115
New Orleans LA 70130

Re: Malik v. DHS, No. 22-10772 (5th Cir.) FRAP 28(j) Notice of Supplemental Authority

Dear Mr. Cayce:

This letter advises the Court of a recent decision issued by the Southern District of New York in *United States v. Smith*, No. 22-CR-352 (JSR), 2023 WL 3358357 (S.D.N.Y. May 11, 2023). The court held "that warrants are required for cell phone searches at the border." *Id*. at *9.  This case is directly relevant to arguments raised by the appellants.

The *Smith* court relies on *Riley v. California*, 573 U.S. 373 (2014) to delineate a limitation to the border-search exception. In *Riley*, the Supreme Court held that a warrant is required to search a cell phone incident to an arrest. The *Smith* court applied the rationale of *Riley* to reach a similar conclusion in the context of cell phone searches at the border. *Id*. at *1. The court characterized the search of a cell phone as "extend[ing] the Government's reach far beyond the person and luggage of the border-crosser—as if the fact of a border crossing somehow entitled the Government to search that traveler's home, car, and office." *Id*. at *2. The court highlighted that "[t]echnological and cultural changes now mean that nearly all travelers carry with them, in addition to any physical items, a digital record of more information than could likely be found through a thorough search of that person's home, car, office, mail, and phone, financial and medical records, and more besides." *Id.* at *8.

The court recognized the unique nature of cell phones and the privacy interest of travelers and balanced that interest against the government's interest in border protection. *Id.* at *4-*11. The court ultimately concluded that "[n]one of the rationales supporting the border search exception justifies applying it to searches of digital information contained on a traveler's cell phone, and the magnitude of the privacy invasion caused by such searches dwarfs that historically posed by border searches and would allow the Government to extend its border search authority well beyond the border itself." Id. at *7-*8.

8700 N. STEMMONS FWY, SUITE 101 • DALLAS, TEXAS • 75247
PHONE: 214.905.1420 • FAX: 214.905.2010



Mr. Lyle W. Cayce
June 1, 2023
Page 2

Smith is directly relevant to arguments raised by appellants. Appellants ask that the case be accepted as supplemental authority.

Respectfully submitted,

*/s/ Roy Petty*

_____
Roy Petty
Roy Petty & Associates, PLLC
8700 N. Stemmons Fwy Ste 101
Dallas, TX 75247
Telephone: (214) 905-1420
Fax: (214) 905-2010
roy@roypetty.com
ATTORNEY FOR APPELLANTS


cc: all counsel (via CM/ECF)